UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENYETTA WALLACE,

                Plaintiff,

-against-

UNITED STATES CONSTITUTION,

                Defendant.

25-CV-9148 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On April 2, 2018, then-Chief Judge Colleen McMahon barred Plaintiff Kenyetta Wallace from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Zepporah Reign v. The Crown Office*, ECF 1:17-CV-9985, 7 (S.D.N.Y. Apr. 2, 2018), *appeal dismissed as frivolous*, No. 18-1319 (2d Cir. Nov. 14, 2018); *see also id.*, ECF 1:17-CV-9985, 3 (document filed by "Heiress Kenyetta T. Zepporah Reign" identifying herself as Kenyetta Wallace). Plaintiff files this new action *pro se*, seeking IFP status. Plaintiff has not sought leave to bring this action. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the April 2, 2018 bar order in *Zepporah Reign*, ECF 1:17-CV-9985, 7.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Judgment shall enter.

SO ORDERED.

Dated:  November 4, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge