UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENYETTA WALLACE,

                Plaintiff,

   -against-

UNITED STATES CONSTITUTION,

                Defendant.

25cv9148 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 4, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   November 5, 2025
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                 Chief United States District Judge